**Slip Op. 09-133**

UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| HABAS SINAI VE TIBBI GAZLAR ISTIHSAL ENDUSTRISI A.S., | : | |
| | : | |
| *Plaintiff*, | : | |
| v. | : | |
| UNITED STATES, | : | |
| *Defendant*, | : | Court No. 05-00613 |
| and | : | |
| NUCOR CORPORATION, GERDAU AMERISTEEL CORPORATION, and COMMERCIAL METALS COMPANY, | : | |
| *Defendant-Intervenors.* | : | |

# <u>JUDGMENT</u>

This action having been duly submitted for decision; the Court, after due deliberation, having rendered decisions herein; and in the absence of any opposition to the Final Results of Redetermination Pursuant to Court Remand (filed September 8, 2009);

Now, therefore, in conformity with said decisions, it is hereby

ORDERED, ADJUDGED, and DECREED that the U.S. Department of Commerce's Final Results of Redetermination Pursuant to Court Remand be, and hereby are, sustained.

/s/ Delissa A. Ridgway

Delissa A. Ridgway, Judge

Dated: November 23, 2009
New York, New York